UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Phillip Horswell, | Case No. 25-CV-4581 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Saint Peter Regional Treatment Center, | |
| Respondent. | |

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Leo I. Brisbois dated December 17, 2025. (Doc. No. 5.) The R&R recommends that the Court dismiss this action for lack of subject-matter jurisdiction. (*Id.* at 4; *see also id.* at 4 n.2 (finding that, in the alternative, Plaintiff Phillip Horswell's Complaint fails to state a claim).) The R&R also recommends dismissing as moot Horswell's application to proceed *in forma pauperis* in this matter (Doc. No. 2) and Motion for Preliminary Injunction (Doc. No. 3). (*See id.* at 4.)

Neither party objected to the R&R in the time permitted. *See* D. Minn. L.R. 72.2(b)(1). Absent timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). The Court has reviewed the R&R and finds no clear error.

Further, the Court reiterates Magistrate Judge Brisbois's observation that Horswell has filed a series of cases that were dismissed for lacking merit or for failure to establish subject-matter jurisdiction, or that are recommended for dismissal. (*See* Doc. No. 4 at 4–

1

5 (citing four additional cases filed by Horswell in this District).) If Horswell continues to file meritless litigation in this District, he may be added to this District's list of restricted filers.

Based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 5) is ADOPTED;

2. The action is DISMISSED without prejudice for lack of subject-matter jurisdiction; and

3. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is DENIED as moot;

4. Plaintiff's Motion for Preliminary Injunction (Doc. No. 3) is DENIED as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 5, 2025             /s/ *Jeffrey M. Bryan*
                                                 Judge Jeffrey M. Bryan
                                                 United States District Court